# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CAPITAL CORP. MERCHANT BANKING, INC.,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　Case No. 6:07-cv-1626-Orl-19KRS

**NETWORK SOLUTIONS, INC.,
TUCOWS, INC., JOHN DOES 1-20,**

        **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO ENGAGE IN LIMITED DISCOVERY AND TO EXTEND THE TIME TO RESPOND TO DEFENDANT, CORPORATE COLOCATION, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION (Doc. No. 45)** |
| **FILED:** | May 7, 2008 |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

The United States Court of Appeals for the Eleventh Circuit authorizes courts to permit parties to conduct limited discovery to resolve jurisdictional questions. *Eaton v. Dorchestor Devel., Inc.*, 692 F.2d 727, 729-30 (11th Cir. 1982). When, as here, the defendant presents evidence in support of its

argument that personal jurisdiction cannot exist, the plaintiff should, in fairness, be permitted to engage in limited discovery to test these averments.

Accordingly, it is **ORDERED** that the parties may conduct discovery regarding whether the Court may exercise personal jurisdiction over Defendant Corporate Colocation, Inc.  Jurisdictional discovery shall conclude by July 7, 2008, and all motions related to such discovery shall be filed and served before that date.  Plaintiff Capital Corp. Merchant Banking, Inc. shall then have until July 21, 2008, to file a response to the motion to dismiss.  Counsel should not delay in bringing to the Court's attention issues related to the jurisdictional discovery, as it is unlikely that the time to respond to the motion to dismiss will be further extended.

**DONE** and **ORDERED** in Orlando, Florida on May 13, 2008.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties