U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CAPITAL CORP. MERCHANT
BANKING, INC.,

    Plaintiff,

vs.

NATIONALNET, INC., CORPORATE
COLOCATION, INC., LEONARD
NORWICH, FRANCESCA NORWICH,
NETWORK 54 CORP., and JOHN DOES
1 through 16,

    Defendants.
_____/

Case No.: 6:07-CV-1626-ORL-19KRS

## AFFIDAVIT OF STEVEN ROUSSEY

BEFORE ME, an officer duly authorized by law to administer oaths and take acknowledgements, personally appeared this day, STEVEN ROUSSEY, who, being by my first duly sworn, attests as follows:

1. My name is STEVEN ROUSSEY. I am over the age of 18 and competent to give this affidavit based on my own personal knowledge of the matter contained herein.

2. I am the CEO of Network54 Corporation. I have the authority to speak on behalf of Network54.

3. Network54 is a California company having its principal place of business in Los Angeles, California.

4. Network54 categorically denies that it is subject to general jurisdiction in the State of Florida. Network54 denies venue is proper in Florida, or that it did anything

as alleged the Second Amended Complaint, paragraph 9, to subject it to jurisdiction in Florida.

5. Network54 does not now, and has not ever, owned property, maintained a physical office, or had a mailing address, telephone number, or fax number in the State of Florida.

6. Network54 does not now, and has not ever, targeted the State of Florida for business development.

7. Network54 does not now, and has not ever, had an employee, agent, or business representative of any kind in the State of Florida.

8. Network54 states as part of the Terms of Use for its customers that they will be subject to personal and exclusive jurisdiction in the State of California.

9. Network54 categorically denies that it is subject to jurisdiction in the State of Florida based on the allegations of it (Network54, as opposed to any other defendant) making libelous communications about Plaintiff.

10. Network54 has not ever written, spoken or published itself, anything about Plaintiff, Capital Corp. Merchant Banking, Inc.

11. Network54 had never heard of Capital Corp. Merchant Banking, Inc. prior to its initiation of this lawsuit.

12. Network54 alleges that it is entitled to immunity based on its good faith compliance with the Communications Decency Act of 1996.

13. Network54 is a small internet services company with three (3) employees, one of whom is a part-time hourly worker.

14. Network54 maintains content created exclusively by others in the form of websites, forums, blogs, votelets and chatrooms on its servers.

15. Network54 does not create, publish, or author any content itself, save for three administrative forums for Network54 users and a blog.[1] All of the other content maintained by Network54 is created by others. Network54 is simply a host.

16. Network54 does not run an e-commerce site in the traditional sense. Users do not buy and sell things through the Network54 site, nor does Network54 itself sell anything online. Network54 runs a community site. Users engage in online discussion and communication about topics of interest to them.

17. Network54 derives its revenue from the sale of advertisements which are placed on the websites and forums it hosts and viewed by users of the site. Additionally, Network 54 derives a small amount of revenue from "Premier" customers who pay for the privilege of not having to view the advertisements. Network54 has approximately eight hundred (800) "Select" or "Premier" customers in a given month, of which a total of thirty (30) are believed to be Florida residents, based on billing zip codes. This compares to the approximately 4 million unique browser visits to Network54's site in a given month, counted in accordance with the specifications laid out by the Internet Advertising Bureau (IAB). The total revenue derived from these 30 Florida internet customers is approximately $211 per month.

FURTHER AFFIANT SAYETH NAUGHT.

_____
STEVEN ROUSSEY, Affiant

---

[1] See http://www.network54.com/Index/10000

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of __Los Angeles__

On __9/5/08__ before me, __Lilian Pudjowibowo, Notary Public__,
    Date                              Here Insert Name and Title of the Officer

personally appeared __STEVEN ROUSSEY__
                         Name(s) of Signer(s)

_____,

[Notary Seal: LILIAN PUDJOWIBOWO, Commission # 1547061, Notary Public - California, Los Angeles County, My Comm. Expires Jan 23, 2009]

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____[signature]_____
           Signature of Notary Public

Place Notary Seal Above

---- OPTIONAL ----

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Description of Attached Document**

Title or Type of Document: __Affidavit of Steven Roussey__

Document Date: __9/5/08__    Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer Is Representing: _____

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer Is Representing: _____

© 2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org    Item #5907   Reorder: Call Toll-Free 1-800-876-6827